UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL LEE and ANASTASIA LEE,<br><br>Plaintiffs,<br>v.<br><br>AMICA MUTUAL INSURANCE COMPANY; ROBERT T. HANLEY; T-N-T CLAIMS AND CONSULTING SERVICES, INC.; and TROY VICTOR HASKELL d/b/a T-N-T CLAIMS AND CONSULTING SERVICES, INC.,<br><br>Defendants. | CASE NO. 2:24-cv-00591-TL<br><br>ORDER ON MOTION FOR PARTIAL SUMMARY JUDGMENT |

This case arises out of a dispute regarding insurance coverage for a residential property. The matter comes before the Court on Defendants Amica Mutual Insurance Company, Robert T. Hanley, T-N-T Claims & Consulting Services, Inc., and Troy Victor Haskell's Motion for Summary Judgment re: Improper Suit Against Parties Other than Amica. Dkt. No. 15. As detailed in the Court's prior Order of Remand (Dkt. No. 26), this case is being remanded to King County Superior Court for lack of subject matter jurisdiction.

The partial summary judgment motion seeks dismissal of all defendants apart from Amica based on improper suit. *See generally* Dkt. No. 15. However, the Court has no discretion to adjudicate the merits of this motion. *See Scott v. Pasadena Unified Sch. Dist.*, 306 F.3d 646, 664 (9th Cir. 2002) ("[I]f the court dismisses for lack of subject matter jurisdiction, it has no discretion and must dismiss all claims.") Therefore, the motion is DENIED AS MOOT.

Dated this 3rd day of July 2024.

Tana Lin
United States District Judge